# EXHIBIT B

| Claim. | U.S. Patent No. 12,466,305 | |
|---|---|---|
| 1. | A system comprising | |
| | a base mount coupled to a ratchet mount via a first pivot point; | The base mount is coupled to the ratchet mount via a first pivot point.  |

<table>
<tr>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td></td>
<td>wherein said ratchet mount comprises a second pivot point; and</td>
<td>The ratchet mount comprises a second pivot point as shown below.</td>
</tr>
</table>



Second Pivot point

| | | |
|---|---|---|
| | wherein said base mount is pivotable relative to said ratchet mount via said first pivot point; | The base mount is pivotable relative to the ratchet mount via the first pivot point as shown in the two figures below. |



First Pivot point



https://integraltruck.com/collections/integral-straps/products/boxlink-retractable-straps-ford

| | | |
|---|---|---|
| | wherein said first pivot point comprises a vertical bolt, | The first pivot point comprises a vertical bolt. |

| | | |
|---|---|---|
| | |  |
| | and wherein said second pivot point comprises a horizontal bolt; | The second pivot point comprises a horizontal bolt. |
| | a support washer located between said base mount and said ratchet mount, | There is a support washer located between the base mount and the ratchet mount. The ratchet mount has been removed in the below figure to illustrate the support washer. |

| | |
|---|---|
| | <br><br>The below figure shows the support washer located between the base mount and the ratchet mount. |
| said support washer located on said vertical bolt. | The support washer is located on the vertical bolt. |

|  |  |  |  |